U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 22 2019

TONY R. MOORE, CLERK
BY _____
        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| CLIFFORD C. ABSHIRE, III, Plaintiff | CIVIL ACTION NO. 1:18-CV-1636-P |
| VERSUS | JUDGE DEE D. DRELL |
| MAILROOM RAYMOND LABORDE CORRECTIONAL CENTER, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 11), and after a de novo review of the record including the Objection filed by Plaintiff (Doc. 13), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Abshire's Complaint (Docs. 1, 7) is hereby DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b).

IT IS FURTHER ORDERED that Abshire's Motion for Temporary Restraining Order (Doc. 16) and Motion for Leave to File an Amended Complaint (Doc. 17) are hereby DENIED.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 22nd day of _____April_____, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE